

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAVEZ SPOTTED HORSE,<br><br>Defendant. | 1:17-CR-10005-CBK<br><br>ORDER |

 Defendant was convicted of three counts of child abuse and three counts of assault with a dangerous weapon. He was sentenced on January 4, 2018, to a total sentence of 76 months custody, with the sentence to run consecutive to the sentence of 78 months imposed in 1:17-CR-10013-CBK for the crime of receipt of images depicting the sexual exploitation of minors. Defendant appealed his conviction and sentence and the United States Court of Appeals for the Eighth Circuit affirmed. United States v. Spotted Horse, 916 F.3d 686 (8th Cir. 2019). Defendant has filed a motion for review of sentence and for the appointment of counsel.

 Defendant contends that he is entitled to relief because the United States Supreme Court, in Borden v. United States, ___ U.S. ___, 141 S. Ct. 1817, 210 L. Ed. 2d 63 (2021), held that a prior criminal offense does not qualify as a violent felony under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), if the prior offense requires only a *mens rea* of recklessness. ACCA mandates a minimum sentence of 15 years if the defendant is being sentenced for certain firearms offenses after having committed three or more prior violent felonies.

 Defendant was not sentenced under ACCA. He was sentenced in this case for the crimes of child abuse and assault with a dangerous weapon. His sentencing guideline range was not enhanced under the career offender guideline, 18 U.S.S.G. § 4B1.1, which

also requires a finding that defendant committed prior crimes of violence. <u>Borden</u> is not applicable to defendant's offenses of conviction, nor his sentences.

Accordingly,

IT IS ORDERED that defendant's motions, Doc. 136, for review of sentence and for the appointment of counsel are denied.

DATED this 25th day of March, 2022.

BY THE COURT:

*Charles B. Kornmann*
CHARLES B. KORNMANN
United States District Judge

2